**DISMISS; Opinion Filed January 9, 2019.**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00079-CV

**BANK OF AMERICA, N.A., Appellant**
**V.**
**PATRICIA D. PARRISH, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00544-2016**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

The Court has before it appellant's December 19, 2018 "Motion to Withdraw Appeal."

Appellant states the subject matter of the appeal was part of an October 25, 2018 discharge issued

in bankruptcy proceedings and requests that this Court "withdraw the appeal."

We **GRANT** appellant's motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1.

/CORY L. CARLYLE/
CORY L. CARLYLE
JUSTICE

180079F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BANK OF AMERICA, N.A., Appellant

No. 05-18-00079-CV        V.

PATRICIA D. PARRISH, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas
Trial Court Cause No. 007-00544-2016.
Opinion delivered by Justice Carlyle.
Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PATRICIA D. PARRISH recover her costs of this appeal from appellant BANK OF AMERICA, N.A..

Judgment entered this 9th day of January, 2019.